No. 2903.—STATE ex rel. TOWNE *v.* THE JUDGE OF THE THIRTEENTH JUDICIAL DISTRICT.

### On Application for Mandamus

HOWE, J. The reasons, given in the case of State ex rel. Coons *v.* same respondent, apply equally to this.

It is therefore ordered that the mandamus issued be made peremptory